

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL SANCHEZ, | § | No. 08-17-00244-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03473) |

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **September 20, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before September 20, 2018.

IT IS SO ORDERED this 7th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.